IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CARRIE RICHARDS OSBORNE and EDWARD JASON OSBORNE,<br><br>    Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 5:11-CV-421 (MTT)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the Plaintiffs' Motion to Stay Pretrial Discovery and Proceedings. (Doc. 22). The Plaintiffs' Motion is **DENIED**. However, in recognition of the fact that the Judicial Panel on Multidistrict Litigation will likely render its decision on whether to transfer this action for consolidated pretrial proceedings within the next month, the Court modifies its Order on the Joint Motion to Amend Scheduling Order. (Doc. 20). The deadline for completing *all* discovery is August 30, 2013. The Plaintiffs must disclose and provide reports for all expert witnesses whom they intend to call to testify at trial by July 1, 2013. The Defendant must disclose and provide reports for all expert witnesses whom they intend to call to testify at trial by July 31, 2013. The Plaintiffs shall have until August 30, 2013, to disclose and provide reports for rebuttal experts. Dispositive and *Daubert* motions are due by September 30, 2013. The depositions of the Plaintiffs' treating physicians shall not be convened prior to April 26, 2013.

**SO ORDERED**, this 21st day of March, 2013.

                                             <u>S/ Marc T. Treadwell</u>
                                             MARC T. TREADWELL, JUDGE
                                             UNITED STATES DISTRICT COURT